**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6843**

ROBERT A. REED,

Petitioner - Appellant,

versus

THE STATE OF MARYLAND; J. JOSEPH CURRAN, JR.,

Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-01-600-PJM)

Submitted:  August 9, 2001          Decided:  August 17, 2001

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert A. Reed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert A. Reed seeks to appeal the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) as untimely. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Reed v. Maryland, No. CA-01-600-PJM (D. Md. Apr. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2